[Nos. 43384-2-II; 43517-9-II; Division Two. March 4, 2014.]
43569-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. REYCEL
PEREZ-MARTINEZ, *Appellant*.

*In the Matter of the Personal Restraint of* REYCEL
PEREZ-MARTINEZ, *Petitioner.*

Appeal from a judgment of the Superior Court for Clark
County, No. 11-1-01115-1, Scott A. Collier, J., entered April
27, 2012, together with petitions for relief from personal
restraint. Judgment *affirmed* and petitions *dismissed* by
unpublished opinion per Bjorgen, J., concurred in by
Johanson, A.C.J., and Maxa, J.

[No. 43471-7-II. Division Two. March 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NAINOA KEKAI
FONTAINE, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 12-1-00054-2, Gary R. Tabor, J., entered
May 21, 2012. *Affirmed* by unpublished opinion per
Johanson, A.C.J., concurred in by Bjorgen and Maxa, JJ.

[No. 43818-6-II. Division Two. March 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARK ALLEN
TELLVIK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 10-1-00696-6, Robert A. Lewis, J., entered July
18, 2012. *Affirmed* by unpublished opinion per Lee, J.,
concurred in by Worswick, C.J., and Johanson, J.